Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000139
27-FEB-2015
02:02 PM

NO. CAAP-12-0000139

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
AARON SUSA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NOS. 05-1-0144 & 09-1-1605)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on January 30, 2015, is hereby corrected as follows:

1.    On page 9, in the sixth line, "Atone's" should be corrected to read "Antone's".

2.    On page 11, in the second line, the words "manner of" should be inserted between "Antone's" and "death" so that as corrected the text reads: ". . . classified Antone's manner of death as . . . ."

3.    On page 11, in the eleventh line, the words "manner of" should be inserted between "Antone's" and "death" so that as corrected the text reads: ". . . classified Antone's manner of death as . . . ."

---

[1] Nakamura, Chief Judge, and Fujise and Ginoza, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, February 27, 2015.

FOR THE COURT:

Craig H. Nakamura

Chief Judge

2